

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

America Sammour, Appellant

No. 06-21-00043-CV        v.

Allstate Insurance and Attorney General
Protect, Appellees

Appeal from the 431st District Court of Denton County, Texas (Tr. Ct. No. 20-6762-431). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We note that the appellant, America Sammour, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED OCTOBER 20, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk